THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>    Plaintiff,<br><br>    v.<br><br>Tesoro West Coast Company, LLC, et al.,<br><br>    Defendants. | Case No.: 2:15-cv-00103-MCE-CMK<br><br>ORDER ALLOWING DEPOSITION OF PLAINTIFF AFTER DISCOVERY CUT-OFF DATE |

Upon consideration of the Joint Stipulation to Allow Deposition of Plaintiff After Discovery Cutoff Date (ECF No. 24) submitted by plaintiff Brenda Pickern and defendants Tesoro West Coast Company, LLC and Tesoro Sierra Properties, LLC, and finding good cause appearing,

IT IS HEREBY ORDERED that the deposition of Plaintiff Brenda Pickern may occur by October 12, 2016 (but otherwise the discovery cutoff date in this matter shall remain September 12, 2016).

IT IS SO ORDERED.

Dated: August 24, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE