Scottlynn J Hubbard, SBN 212970
Disabled Advocacy Group, APLC
12 Williamsburg Lane
Chico, California 95926
USDCEast@HubsLaw.com

Attorney for Plaintiff Brenda Pickern


Douglas Gravelle, SBN 166110
Hinson, Gravelle & Adair, LLP
28470 Avenue Stanford, Suite 350
Valencia, California 91355
Phone: (661) 294-0116
Gravelle@HinsonGravelle.com

Attorney for Defendants Tesoro West Coast
Company, LLC and Tesoro Sierra Properties, LLC

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern, | Case No. 2:15-cv-00103-MCE-CMK |
| Plaintiff, | |
| vs. | **Joint Stipulation for Dismissal with Prejudice and Order Thereon** |
| Tesoro West Coast Company, LLC, et al., | |
| Defendants. | |
| _____/ | |

TO THE COURT AND ALL PARTIES:

Joint Stipulation for Dismissal and					*Pickern v. Tesoro West Coast Company, LLC et al.*
Order Thereon					Case No. 2:15-cv-00103-:MCE-CMK

Page 1

1 | Plaintiff Brenda Pickern and Defendants Tesoro West Coast Company, LLC and Tesoro Sierra Properties, LLC, stipulate to and jointly request that this Court enter a dismissal of this entire action with prejudice, each party to bear their own fees and costs.

Dated: April 20, 2018	DISABLED ADVOCACY GROUP, APLC

 */s/   Scottlynn J Hubbard*
Scottlynn J Hubbard
Attorney for Plaintiff

Dated:  April 20, 2018	HINSON, GRAVELLE & ADAIR LLP

 */s/  Douglas Gravelle*
Douglas Gravelle
Attorney for Defendants Tesoro West Coast Company, LLC and Tesoro Sierra Properties, LLC

**ORDER**

Joint Stipulation for Dismissal and	*Pickern v. Tesoro West Coast Company, LLC et al.*
Order Thereon	Case No. 2:15-cv-00103-:MCE-CMK

Page 2

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety, each party to bear their own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 24, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE